UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Chapter 13
    BERNARD LERICHE              :
                                 :
    Debtor                       :        Bky. No. 13-14364 ELF

# ORDER

**AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation ("the Application");

**AND**, the Application being considered following the Debtor's conversion of this case to chapter 7;

**AND**, no order denying confirmation of the Debtor's chapter 13 plan having been entered prior to the conversion of the case;

It is therefore, **ORDERED** that the Application is **DENIED**. See 11 U.S.C. §348(f)(1); In re Clements, 495 B.R. 74 (Bankr. E.D. Pa. 2013).

Date: December 6, 2013

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE