IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-14364-elf |
|---|---|
| BERNARD LERICHE, | Chapter 7 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. #6-1)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 6-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 6-1 on the Claims Register forthwith**.

**Green Tree Servicing, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 6, 2017.

Dated: 1/23/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**